IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA GARZA, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:11-cv-3533 |
| vs. | § | |
| | § | |
| WORLD FINANCIAL NETWORK | § | |
| NATIONAL BANK, | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted,

By: /s/ Noah D. Radbil
Noah D. Radbil
Texas State Bar # 24071015
Southern District Bar No. 1069583
Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## CERTIFICATE OF SERVICE

I certify that on March 2, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on March 2, 2012 to:

Mr. David Smith
McGlinchey Stafford, PLLC
2711 N. Haskell Avenue, Suite 2700, LB 25
Dallas TX 75204

/s/ Noah D. Radbil
Noah D. Radbil