IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA GARZA, | § | CIVIL ACTION |
| Plaintiff | § | |
| | § | |
| vs. | § | No. 4:11-cv-3533 |
| | § | |
| WORLD FINANCIAL NETWORK | § | |
| NATIONAL BANK, | § | JURY |
| Defendant | § | |

## ORDER ON MOTION TO DISMISS WITH PREJUDICE

The court, having considered the parties Joint Motion to Dismiss, GRANTS the Motion and the suit is dismissed with prejudice.

SO ORDERED.

Dated March 28, 2012.

_____
UNITED STATES DISTRICT JUDGE